IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-00302-01-W-ODS |
| | ) | |
| ANTONIO CLEMMONS, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER AND OPINION ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Pending before the Court is Magistrate Judge Sarah W. Hays' Report and Recommendation Finding Defendant Antonio Clemmons Competent to Stand Trial (Doc. # 32). Defendant has not filed any objections to the Report and Recommendation and the time for doing so has passed. Having reviewed the record de novo, the Court adopts the Report and Recommendation of the United States Magistrate Judge as the Order of the Court and finds that Defendant is competent to stand trial.

IT IS SO ORDERED.

DATE: May 11, 2005

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
UNITED STATES DISTRICT COURT