IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 04-00302-01-CR-W-HFS |
| ANTONIO CLEMMONS, | ) | |
| Defendant. | ) | |

**MEMORANDUM TO COUNSEL**

The court has under advisement various motions in limine relating to the effect of the Crawford case. Assuming I reach the "excited utterance" issue as a hearsay rule exception it would be useful, perhaps necessary, to have an affidavit from a police officer or other witness on this subject. As soon as there is a filing by the Government, defense counsel should advise if and when a reply will be filed.

A ruling early next week would doubtless be useful to counsel.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

June 23, 2005

Kansas City, Missouri